```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Stephen W. Hopson, et al<br><br>　　　　Defendants | Case No. **2:09-cv-02995-MCE-EFB**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL FEBRUARY 11, 2010 FOR DEFENDANT STEPHEN W. HOPSON TO RESPOND TO COMPLAINT |

　　　Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Stephen W. Hopson, by and through their respective attorneys of record, Scott N. Johnson; Russell S. Humphrey, stipulate as follows:

1

1. An extension of time has been previously obtained for Defendant Stephen W. Hopson until January 12, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Stephen W. Hopson is granted an extension until February 11, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Stephen W. Hopson's response will be due no later than February 11, 2010.

IT IS SO STIPULATED effective as of January 24, 2010

Dated: January 26, 2010        /s/Russell S. Humphrey__
                               Russell S. Humphrey,
                               Attorney for Defendant
                               Stephen W. Hopson


Dated: January 24, 2010        /s/Scott N. Johnson ____
                               Scott N. Johnson,
                               Attorney for Plaintiff

2

**IT IS SO ORDERED:** that Defendant Stephen W. Hopson shall have until February 11, 2010 to respond to complaint.

Dated: January 27, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE