SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson

             Plaintiff,

  vs.

Stephen W. Hopson, et al,

             Defendants

Case No.: CIV.S 09-cv-02995-MCE-EFB

**STIPULATED DISMISSAL OF DEFENDANT OAKRIDGE CENTER; ORDER**

Complaint Filed: OCTOBER 27, 2009

**CASE TO REMAIN OPEN AS TO REMAINING DEFENDANTS**

      **IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, and Defendant Oakridge Center, by and through their designated Counsel of record (Scott N. Johnson; Brian S. Crone) that Defendant (Oakridge Center) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open as to the remaining Defendants. Defendant (Oakridge Center) is dismissed because Plaintiff and this Defendant have settled their dispute.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: August 18, 2010 | /s/Scott N. Johnson<br>SCOTT N. JOHNSON<br>Attorney for Plaintiff |
| | Berry & Block, LLP |
| Dated: August 18, 2010 | /s/Brian S. Crone<br>BRIAN S. CRONE<br>Attorney for Defendant<br>Oakridge Center |

**IT IS SO ORDERED**.

Dated: August 24, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com