SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>      Plaintiff,<br><br>   vs.<br><br>Stephen W. Hopson, et al,<br><br>      Defendants | Case No. **2:09-cv-02995-MCE-EFB**<br><br>**ORDER RE: PLAINTIFF'S REQUEST FOR EXTENSION TO FILE DISPOSITIONAL DOCUMENTS** |

IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than September 15, 2011.

Dated: August 24, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE

DISPOSITIONAL DOCUMENTS

CIV: S-09-cv-02995-MCE-EFB- 1