SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Stephen W. Hopson, et al,<br><br>　　　　Defendants | Case No. **2:09-cv-02995-MCE-EFB**<br><br>**ORDER RE: STIPULATED DISMISSAL** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2). The Clerk is directed to close the file.

Dated:   September 7, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-09-cv-02995-MCE-EFB- 1